FILED

03/22/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0572

## IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 23-0572

SCARLETT VAN GARDEREN, et al.,

*Plaintiffs and Appellees,*

v.

STATE OF MONTANA, et al.,

*Defendants and Appellants.*

## PROPOSED ORDER GRANTING APPEARANCE AS *AMICUS CURIAE*

Upon Motion of the Montana Family Foundation ("MFF") for leave to participate as amicus curiae in this matter, and good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED, MFF shall file their amicus curiae brief on or before April 3, 2024.

The Clerk is directed to provide copies of this Order to all counsel of record in this matter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 22 2024